UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR471 HEA |
| STANLEY CARTER, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a hearing on Defendant's Pro Se Motion to Terminate Counsel [Doc. #174] and the Motion to Withdraw as Counsel [Doc. 173] is set in this matter for Friday, January 6, 2011, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 15th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE