UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR471 HEA |
| ANTONIO SHAW, and STANLEY CARTER, | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the trial setting in this matter of April 30, 2012, is vacated due to the superceding indictment filed February 23, 2012.

**IT IS FURTHER ORDERED** that this matter will be reset for trial upon the conclusion of all pretrial matters.

Dated this 18th day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE